**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00084-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     SAMUEL AGUILERA-GAMBOA,

      Defendant.

---

### ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter has been scheduled for a **three-day** jury trial on the docket of Judge

Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street,

Denver, Colorado to commence on **May 4, 2015, 2015 at 9:00 a.m.**  It is

     ORDERED THAT all pretrial motions shall be filed by **April 3, 2015** and responses to

these motions shall be filed by **April 10, 2015**.  It is further

     ORDERED that a Trial Preparation Conference is set for **April 30, 2015 at 11:00 a.m.** in

Courtroom A601.  Lead counsel who will try the case shall attend in person.

     The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 13th day of March, 2015.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge