IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00084-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SAMUEL AGUILERA-GAMBOA,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notice of Disposition filed on July 17, 2015 (Docket No. 33). A Change of Plea Hearing is set for **August 13, 2015** at **9:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motions deadline of **July 17, 2015**; response deadline of **July 31, 2015**; the trial preparation conference scheduled for **September 8, 2015**, and the **three-day** jury trial scheduled for **September 28, 2015** are VACATED.

DATED this 23rd day of July, 2015.

>BY THE COURT:
>
>_____
>RAYMOND P. MOORE
>United States District Judge