**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: | Date:   November 6, 2015 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer:   n/a | |

**CASE NO.   15-cr-00084-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Dondi Jean Osborne |
| | (appears by VTC) |
| Plaintiff, | |
| v. | |
| 1.   SAMUEL AGUILERA-GAMBOA, | Robert Pepin |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING – Video Teleconference**
**COURT IN SESSION:        11:24 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on August 13, 2015, to Count 1 of the Superseding Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

The Government orally moves for the third point for acceptance of responsibility.

**ORDERED:**   The Government's oral motion for the third point for acceptance of responsibility is GRANTED.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, SAMUEL AGUILERA-GAMBOA, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **35 months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate level facility within the District of Colorado, preferably Englewood.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED: Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Conditions** of Supervised Release that:
- (**X**) If not deported, Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.   Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) If Defendant is deported, he shall not re-enter the United States illegally.   If Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

- (**X**)   Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**)   If not deported, Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.   Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**)   If not deported, Defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
- (**X**)   Defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Pursuant to Federal Rules of Criminal Procedures 32.2, Defendant shall forfeit his interests in the following property to the United States:   a Ruger, Model Single-Six .32 caliber H and R Mag. Caliber revolver, serial number 650-15712.

**ORDERED:**   Defendant's Motion for Variant Sentence is DENIED as stated on the record.

The Court will issue a separate written order granting the Government's Motion to Dismiss Counts Two and Three of the Superseding Indictment (Doc. 41).

Defendant advised of right to appeal.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**   12:17 p.m.
Hearing concluded.
Total time:         00:53